RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiffs
Axiom Foods, Inc. and Growing Naturals, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIOM FOODS, INC., a California corporation,; GROWING NATURALS, LLC, an Arizona limited liability company, | CASE NO.: |
| | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| Plaintiffs, | **DEMAND FOR TRIAL BY JURY** |
| vs. | |
| ACERCHEM INTERNATIONAL, INC., an entity of unknown origin; and ACERCHEM UK LIMITED, a United Kingdom limited company, | |
| Defendants. | |

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 1

## SUMMARY OF ACTION

1.     Plaintiff Axiom Foods, Inc. ("Axiom") is a leading supplier of organic and chemical-free products made from whole grain brown rice, peas, and other superfoods.  Axiom supplies protein concentrates and isolates, sugars, sugar solids, honey, milks, flours, starches, and other products to the food, beverage, nutraceutical, and specialty foods industries.

2.     Plaintiff Growing Naturals, LLC ("GN") develops and sells to the public natural products, including food products such as plant proteins and rice milk powders.  GN works closely with Axiom, and develops and sells products based on and containing Axiom's products.

3.     Defendants Acerchem International, Inc. and Acerchem UK Limited (collectively, "Defendants") purport to be manufacturers of rice protein products. Defendants have stolen and sought to wrongfully profit off of the brand identity that Plaintiffs created over many years and are marketing rice protein products using Axiom's and GN's copyrighted sales materials.  Axiom and GN bring this action to end Defendants' violations of their intellectual property rights and to seek recovery of their damages.

## THE PARTIES

4.     Axiom is a California corporation doing business in this judicial district.  GN is an Arizona limited liability company doing business in this judicial district.  (Axiom and GN shall be collectively referred to herein as "Plaintiffs").

5.     Defendant Acerchem International, Inc. ("Acerchem International") is an entity of unknown origin.  At all times relevant to this action, Acerchem International has had continuous and systematic contacts with the state of California and this judicial district and has purposefully availed itself of the

1  privilege of doing business here, including in connection with the infringing sales
2  materials.
3      6.    Defendant Acerchem UK Limited ("Acerchem UK") is a United
4  Kingdom limited company.  At all times relevant to this action, Acerchem UK has
5  had continuous and systematic contacts with the state of California and this
6  judicial district and has purposefully availed itself of the privilege of doing
7  business here, including in connection with the infringing sales materials.
8
9                    **JURISDICTION AND VENUE**
10     7.    This action arises under the Copyright Act, 17 U.S.C. § 101 et seq.
11  Accordingly, this Court has original jurisdiction over the Copyright Act claims in
12  this action pursuant to 28 U.S.C. §§ 1121, 1331, and 1338.
13     8.    A substantial part of the events and/or omissions giving rise to the
14  claims against Defendants occurred in this judicial district.  Therefore, venue is
15  proper and assignment of this case to the Central District of California is
16  appropriate pursuant to 28 U.S.C. § 1391(b) and (c).
17
18                    **GENERAL ALLEGATIONS**
19     9.    Plaintiffs own certain copyright registrations for their advertising and
20  promotional materials and they use these copyrighted materials to promote their
21  goods and services.  True and correct copies of these registrations are attached as
22  Exhibits A, B, C and D.
23     10.   The copyrighted materials include, among other things, the logo "As
24  Good As Whey" and accompanying text, an example of which is shown on
25  Exhibit E, and the logo "Non-GMO," an example of which is shown on Exhibit F.
26     11.   Defendants seek to compete with Plaintiffs with respect to certain of
27  Plaintiffs' goods and services.
28

12.   Defendants, in a shameless and blatant attempt to steal Plaintiffs' valuable brand identities, have published and distributed a newsletter (the "Infringing Newsletter") to potential customers in California and elsewhere, promoting Defendants' rice protein products.  Defendants' newsletter copies Plaintiffs' copyrighted materials, including but not limited to the "As Good As Whey" logo and the "Non-GMO" logo, without license or authorization from Plaintiffs.

13.   A true and correct copy of the Infringing Newsletter is attached as Exhibit G.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT – 17 U.S.C. § 501
### (By Axiom Against All Defendants)

14.   Plaintiffs incorporate by reference paragraphs 1 through 13 of this Complaint.

15.   Axiom is the owner of valid copyrights for the works titled "Non-GMO Allergen Friendly Vegan Indicias" and "Growing Naturals Sales Sheets." These works have been widely disseminated, are well-known in the rice protein industry, and Defendants have had access to them.

16.   The Infringing Newsletter copies protected original elements of Axiom's copyrights and is substantially similar to those works.

17.   Defendants' actions violate Axiom's exclusive rights under 17 U.S.C. § 106, including but not limited to Axiom's rights to reproduce, distribute, or sell the copyrighted works and the right to prepare derivative works, and therefore constitute copyright infringement pursuant to 17 U.S.C. § 501.

18.   Each Defendant is also liable for contributory copyright infringement, in that, with knowledge of its co-defendant's infringing conduct, it induced, caused, and/or materially contributed to the infringing conduct.

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 4

19.    Defendants' actions constitute willful infringement.

20.    As a direct and proximate result of Defendants' infringement of Axiom's copyrights, Axiom has suffered, and continues to suffer, damages to its profits, sales, and business.  Axiom has sustained, and will continue to sustain, great and irreparable injury in that it will lose customers and good will.  Axiom has no adequate remedy at law for these injuries.  Unless Defendants are restrained from making such false representations in the future, Axiom will be compelled to bring a multiplicity of suits to protect its interests.

## SECOND CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT – 17 U.S.C. § 501
### (By GN Against All Defendants)

21.    Plaintiffs incorporate by reference paragraphs 1 through 13 of this Complaint.

22.    GN is the owner of valid copyrights for the works titled "Growing Naturals Website" and "Growing Naturals Website (updated as of 2013)."  These works have been widely disseminated, are well-known in the rice protein industry, and Defendants have had access to them.

23.    The Infringing Newsletter copies protected original elements of GN's copyrights and is substantially similar to those works.

24.    Defendants' actions violate GN's exclusive rights under 17 U.S.C. § 106, including but not limited to GN's rights to reproduce, distribute, or sell the copyrighted works and the right to prepare derivative works, and therefore constitute copyright infringement pursuant to 17 U.S.C. § 501.

25.    Each Defendant is also liable for contributory copyright infringement, in that, with knowledge of its co-defendant's infringing conduct, it induced, caused, and/or materially contributed to the infringing conduct.

26.    Defendants' actions constitute willful infringement.

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 5

27.     As a direct and proximate result of Defendants' infringement of GN's copyrights, GN has suffered, and continues to suffer, damages to its profits, sales, and business.  GN has sustained, and will continue to sustain, great and irreparable injury in that it will lose customers and good will.  GN has no adequate remedy at law for these injuries.  Unless Defendants are restrained from making such false representations in the future, GN will be compelled to bring a multiplicity of suits to protect its interests.

## **PRAYER**

Plaintiff prays for relief as follows:

1.     For the First Cause of Action: damages according to proof at trial, including but not limited to (1) Axiom's actual damages, in an amount no less than $75,000,  and (2) the Defendants' profits; for statutory damages of $150,000 per work pursuant to 17 U.S.C. §504; for an order pursuant to 17 U.S.C. § 502 temporarily, preliminarily, and permanently enjoining Defendants, and all of their principals, servants, officers, directors, partners, agents, representatives, shareholders, employees, affiliates, successors, and assignees, and all others acting in privity, concert, or participation with them, from (1) publishing or distributing the Infringing Newsletter, (2) imitating, copying, duplicating, or otherwise making use of any of Axiom's copyrighted works, or (3) assisting, aiding, or abetting any person in engaging or performing any of the acts in (1) or (2); for costs and attorneys' fees pursuant to 17 U.S.C. § 504; and for such other and further legal and equitable relief as the Court deems just and proper.

2.     For the Second Cause of Action: damages according to proof at trial, including but not limited to (1) GN's actual damages, in an amount no less than $75,000,  and (2) the Defendants' profits; for statutory damages of $150,000 per work pursuant to 17 U.S.C. §504; for an order pursuant to 17 U.S.C. § 502 temporarily, preliminarily, and permanently enjoining Defendants, and all of their

---

1  principals, servants, officers, directors, partners, agents, representatives,

2  shareholders, employees, affiliates, successors, and assignees, and all others

3  acting in privity, concert, or participation with them, from (1) publishing or

4  distributing the Infringing Newsletter, (2) imitating, copying, duplicating, or

5  otherwise making use of any of GN's copyrighted works, or (3) assisting, aiding,

6  or abetting any person in engaging or performing any of the acts in (1) or (2); for

7  costs and attorneys' fees pursuant to 17 U.S.C. § 504; and for such other and

8  further legal and equitable relief as the Court deems just and proper.

9

10  DATED: February 6, 2015          LAPIDUS & LAPIDUS
                                    A PROFESSIONAL LAW CORPORATION

11

12

13                                  _____
                                    DANIEL C. LAPIDUS

14                                  Attorneys for Plaintiffs
                                    Axiom Foods, Inc. and Growing Naturals, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 7

## **DEMAND FOR TRIAL BY JURY**

Plaintiffs hereby demand a trial by jury of all issues which may be tried to a jury.

DATED: February 6, 2015      LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION


DANIEL C. LAPIDUS
Attorneys for Plaintiffs
Axiom Foods, Inc. and Growing Naturals, LLC

---

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 8