1 RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
2 DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
3 JIM D. BAUCH (Bar No. 199454)
Email:  jim@lapiduslaw.com
4 LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
5 177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
6 TEL: 310-550-8700
FAX: 310-943-2471

7 Attorneys for Plaintiffs
8 Axiom Foods, Inc. and Growing Naturals, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIOM FOODS, INC., a California corporation,; GROWING NATURALS, LLC, an Arizona limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ACERCHEM INTERNATIONAL, INC., an entity of unknown origin; and ACERCHEM UK LIMITED, a United Kingdom limited company,<br><br>          Defendants. | CASE NO.:  CV15-870-PA (AJWx)<br><br>**RESPONSE OF PLAINTIFFS TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (DOCUMENT 19)** |

   Plaintiffs Axiom Foods, Inc. and Growing Naturals, LLC ("Plaintiffs") hereby respond to the Court's Order to Show Cause Re Dismissal for Lack of Prosecution (Document No. 19).

_____

RESPONSE OF PLAINTIFFS TO ORDER TO SHOW CAUSE RE DISMISSAL

FOR LACK OF PROSECUTION - 1

Plaintiffs believe that Defendant Acerchem International, Inc. is a Chinese entity.  Plaintiffs have not been able to confirm this fact but hope to obtain additional information as to the location of Acerchem International, Inc. through written discovery to be propounded on its affiliate, defendant Acerchem UK, as soon as authorized under FRCP 26.

Following an identification of Acerchem International, Inc.'s places of business, its agents and employees, Plaintiffs will attempt to effectuate service of process on this defendant.  Based on the time that Plaintiffs anticipate needing to effectuate service, including the fact that discovery has not yet commenced, and the fact that it may be necessary to obtain assistance from Chinese legal authorities under the Hague Convention, Plaintiffs request additional time from the Court in order to serve Acerchem International.[1]

DATED: June 22, 2015           LAPIDUS & LAPIDUS
                               A PROFESSIONAL LAW CORPORATION


                               __/Daniel C. Lapidus_____
                               DANIEL C. LAPIDUS
                               Attorneys for Plaintiffs
                               Axiom Foods, Inc. and Growing Naturals, LLC

---

[1] Plaintiffs effectuated service of process upon Acerchem UK on March 30, 2015.  See Document No. 10.  Based on the date and method of service, the deadline for Acerchem UK to respond to the Complaint was April 20, 2015.  FRCP Rule 12(a).  Prior to the deadline for Acerchem UK to respond, its counsel and counsel for Plaintiffs discussed the lawsuit and potential resolution of the lawsuit.  Thereafter, an extension was granted to Acerchem UK to respond to the lawsuit.  A Stipulation to Extend Time to Respond (Local Rule 8-3) was filed on May 4, 2015 (Document No. 12), extending by thirty days Acerchem UK's deadline to respond.  Based on the stipulation, Acerchem UK now has until May 20, 2015 to respond.  Ultimately, the parties could not agree on a settlement and Acerchem UK responded to the Complaint.

RESPONSE OF PLAINTIFFS TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION - 2