UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-870 PA (AJWx) | Date | July 1, 2015 |
|---|---|---|---|
| Title | Axiom Foods, Inc., et al. v. Acerchem Int'l, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**          IN CHAMBERS - COURT ORDER

Before the Court are a Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Special Appearance Motion to Dismiss for Failure to State a Claim (Docket No. 18) and a Motion to Strike (Docket No. 17) filed by defendant Acerchem UK, Ltd. ("Acerchem UK").[1] Plaintiffs Axiom Foods, Inc. ("Axiom") and Growing Naturals, LLC ("GN") (collectively "Plaintiffs") have filed Oppositions to both motions (Docket Nos. 20, 21), and Acerchem UK has filed a Reply in support of each (Docket Nos. 23, 24).

In their Opposition to Acerchem UK's Motion to Dismiss, Plaintiffs suggest that, if the Court has any doubts regarding the factual bases for jurisdiction, jurisdictional discovery is appropriate.  In light of the factual disputes concerning Acerchem UK's contacts with the state of California, the Court concludes that Plaintiffs should have an opportunity to conduct jurisdictional discovery on all issues raised in the Motion to Dismiss for Lack of Personal Jurisdiction.  The Court therefore continues the hearing on Acerchem UK's motions, currently calendared for July 6, 2015, to September 14, 2015.  Plaintiffs may file a Supplemental Opposition to the Motion to Dismiss no later than August 31, 2015.  Acerchem UK's Supplemental Reply, if any, shall be filed by September 8, 2015.  The parties' supplemental papers are not to exceed ten (10) pages each.

IT IS SO ORDERED.

---

[1] Acerchem UK is a subsidiary of defendant Acerchem International, Inc. ("Acerchem International"), which has not yet been served with the Summons and Complaint and has not yet made an appearance.