# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIOM FOODS, INC., a California corporation; GROWING NATURALS, LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ACERCHEM INTERNATIONAL, INC., an entity of unknown origin; and ACERCHEM UK LIMITED, a United Kingdom limited liability company,<br><br>Defendants. | CASE NO. CV15-870 PA (AJWx)<br><br>[Hon. Percy Anderson, Courtroom 15]<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

Based upon the Stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

DATED: August 28, 2015

_____
Hon. Percy Anderson
United States District Judge

ORDER